UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LEE MCDANIEL PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:16-cv-00010-WTL-DKL |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Setting Briefing Schedules**

**I.**

The United States of America shall have **through December 5, 2016,** in which to file a dispositive motion regarding its fourth and fifth affirmative defenses, statute of limitations and failure to exhaust under the Federal Tort Claims Act. After that motion is filed, the plaintiff will have twenty-eight (28) days after service of the motion in which to respond.

**II.**

The plaintiff shall have **through December 5, 2016,** in which to respond to the motion for summary judgment filed by defendants Cox, May, Rupska, and Scharff on the issue of exhaustion of administrative remedies.

**IT IS SO ORDERED.**

Date: 11/1/16

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

LEE MCDANIEL PARKER
97323-020
TERRE HAUTE - USP
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Electronically registered counsel